No. 91–7023. RUB ET AL. *v.* PRODUCTION CREDIT ASSOCIATION OF MANDAN, 502 U. S. 1118; and

No. 91–7024. RUB ET AL. *v.* ADOLPH RUB TRUST ET AL., *ante,* p. 911. Petitions for rehearing denied.

No. 90–7628. MEGAR *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 502 U. S. 825. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–6653. SALEEM *v.* 3–M CO., 502 U. S. 1124. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

APRIL 21, 1992

No. A–766. VASQUEZ, WARDEN *v.* HARRIS. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order staying the execution entered by the United States Court of Appeals for the Ninth Circuit in No. 92–55426 on April 20, 1992, is vacated.

No. A–768. VASQUEZ, WARDEN *v.* HARRIS. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order staying the execution entered by the United States Court of Appeals for the Ninth Circuit on April 21, 1992, is vacated. No further stays of Robert Alton Harris' execution shall be entered by the federal courts except upon order of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

APRIL 22, 1992

No. A–775. MCNARY, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* HAITIAN CENTERS COUNCIL, INC., ET AL. Application for stay of preliminary injunction, presented to JUSTICE THOMAS, and by him referred to the Court, granted, and it is ordered that the preliminary injunction entered on April 6, 1992, and clarified on April 15, 1992, by the United